UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANTONIO OSCAR GIANSANTE GARCIA, Plaintiff, v. PORSCHE CARS NORTH AMERICA INC, Defendant. | Case No. 25-cv-07926-KAW ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE Re: Dkt. No. 18 |
|---|---|

On December 16, 2025, the Court held a case management conference, where Plaintiff did not appear.

Accordingly, counsel for Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than January 2, 2026, why they should not pay monetary sanctions in the amount of $500 for failing to appear at the case management conference.

IT IS SO ORDERED.

Dated: December 18, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge