**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ANTONIO OSCAR GIANSANTE GARCIA,

Plaintiff,

vs.

PORSCHE CARS NORTH AMERICA, INC., a corporation; and DOES 1 through 10, inclusive,

Defendant.

Case No.: 4:25-cv-07926-KAW

*Judge: Hon. Kandis A. Westmore*

**ORDER OF DISMISSAL**

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: August 4, 2026

By: Kandis Westmore

Hon. Kandis A. Westmore
United States Magistrate Judge
Northern District of California